UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

In re:                                          Chapter 7
                                                Case No. 804-82632-511
    MICHAEL N. MOROKNEK,

                    Debtor.
----------------------------------X

MARC A. PERGAMENT, TRUSTEE,                      Adversary Proceeding
                    Plaintiff,                   No. 804-08386-511
    -against-

VIVIAN MOROKNEK,
                    Defendant                    **ANSWER**
----------------------------------X              ────────
VIVIAN MOROKNEK,
                    Third-Party Plaintiff

    -against-

MICHAEL N. MOROKNEK,
                    Third-Party Defendant.
----------------------------------X

Third-Party Defendant, Michael N. Moroknek, by his attorney, Scott R. Schneider, as and for his answer to the complaint respectfully alleges as follows:

1. Admits the allegations contained in paragraphs "1", "2" and "3" of plaintiff's complaint.

2. Denies the allegations contained in paragraph "4" of the complaint, and refers all questions of law to the Court for resolution.

3. Admits the allegations contained in paragraphs "5", "6", "7", "8", "9", "10", "23", "38", and "43" of plaintiff's complaint.

4. Denies the allegations contained in paragraphs "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "39", "40", "41", "42" and "44" of the complaint.

5. With respect to paragraph "45" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "44" of the complaint as if set forth herein at length.

6. Denies the allegations contained in paragraph "46" of the complaint, and refers all questions of law to the Court for resolution.

7. With respect to paragraph "47" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "46" of the complaint as if set forth herein at length.

8. Denies the allegations contained in paragraph "48" of the complaint, and refers all questions of law to the Court for resolution.

9. With respect to paragraph "49" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "48" of the complaint as if set forth herein at length.

10. Denies the allegations contained in paragraph "50" of the complaint, and refers all questions of law to the Court for resolution.

11. With respect to paragraph "51" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "50" of the complaint as if set forth herein at length.

12. Denies the allegations contained in paragraph "52" of the complaint, and refers all questions of law to the Court for

resolution.

13. With respect to paragraph "53" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "52" of the complaint as if set forth herein at length.

14. Denies the allegations contained in paragraph "54" of the complaint, and refers all questions of law to the Court for resolution.

15. With respect to paragraph "55" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "54" of the complaint as if set forth herein at length.

16. Denies the allegations contained in paragraphs "56" of the complaint, and refers all questions of law to the Court for resolution.

17. With respect to paragraph "57" of the complaint, defendant repeats and realleges each and every response to each and every allegation contained in paragraphs "1" through "56" of the complaint as if set forth herein at length.

18. Denies the allegations contained in paragraphs "58" of the complaint, and refers all questions of law to the Court for resolution.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

19. The Summons and Complaint has not been served upon the defendant as required under Bankruptcy Rule 7004(b) and thus, this Court has no personal jurisdiction over the defendant herein.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

20. The Summons has not been served timely as required under Bankruptcy Rule 7004(e) and thus, this Court has no personal jurisdiction over the defendant herein.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

21. The complaint fails to state a claim upon which relief can be granted.

WHEREFORE, defendant respectfully requests that judgment be entered in its favor, dismissing the complaint, together with such other and further relief as this Court deems just, proper and equitable.

Dated:      Hicksville, NY
            August 27, 2004

                              Law Offices of
                              Scott R. Schneider, Esq.
                              Attorney for Defendant
                              117 Broadway
                              Hicksville, NY 11801
                              (516) 433-1555

                              s/ _____
                              By: Scott R. Schneider (SS 5870)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In re:                                          Chapter 7
                                                Case No. 804-82632-511
      MICHAEL N. MOROKNEK,

                        Debtor.
------------------------------------X
MARC A. PERGAMENT, TRUSTEE,                      Adversary Proceeding
                        Plaintiff,              No. 804-08386-511
      -against-

VIVIAN MOROKNEK,
                        Defendant                **AFFIDAVIT OF SERVICE**
------------------------------------X
VIVIAN MOROKNEK,
                        Third-Party Plaintiff

      -against-

MICHAEL N. MOROKNEK,
                        Third-Party Defendant.
------------------------------------X

      Scott Anderson, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age
and reside in Nassau County, New York.

      2. On August 27, 2004, I served a true copy of the annexed
Answer, by depositing same in  sealed envelope, with postage
prepaid, in an official depository under the exclusive care and
custody of the U.S. Postal Service within the State of New York,
addressed to the last known address of the addressee indicated
below:

Marc A Pergament, Trustee 400 Garden City Plaza, Suite 403, Garden
City, NY 11530

Glenn J Ingoglia, 104 Long Beach Road, Island Park, NY 11558

Sworn to before me this
27th day of August, 2004

s/_____              s/_____
Notary Public                                     Scott Anderson

          SCOTT R. SCHNEIDER
        Notary Public, State of New York
          Reg. No. 02SC4982376
          Qualified in Suffolk County
        My Commission Expires 06/02/200

## Answer a Complaint

### U.S. Bankruptcy Court

### Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Schneider, Scott R entered on 8/27/2004 at 2:27 PM EDT
and filed on 8/27/2004

**Case Name:**        Pergament v. Moroknek et al
**Case Number:**    8-04-08386-mlc
**Document Number:** 11

**Docket Text:**
Answer to Third Party Complaint Filed by Scott R Schneider on behalf of Michael N Moroknek
(Attachments: # (1) Affidavit of Service)(Schneider, Scott)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** A:\answer.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=8/27/2004] [FileNumber=2341555-0]
[3281c887e5267e01f105bbd9fadb17eaf3164bc07d92535347401bd97db765521484
0bc605a492bad0f9da1f52c7fe77adb58bd5b9e26c0d7aebbca45bb4aa72]]
**Document description:** Affidavit of Service
**Original filename:** A:\morosvc.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=979333796 [Date=8/27/2004] [FileNumber=2341555-1]
[e8423236cbfcba83f01cbb10160cba589d98c72b4843ed95d57e6dc799f96dcaeb79
c5e101212ee70230bd7408d8899a48be691936352736b3b1f6aea87bad4b]]

### 8-04-08386-mlc Notice will be electronically mailed to:

Marc A Pergament    mpergament@wkgplaw.com,

Scott R Schneider    scottsch@optonline.net,

### 8-04-08386-mlc Notice will not be electronically mailed to:

Glenn J Ingoglia
104 Long Beach Road
Island Park, NY 11558