Feb 16 2001 7:49AM SWL ancy Services 607 722 1237    No.1292   P. 33/41

| Form **8283**<br>(Rev October 1998)<br>Department of the Treasury<br>Internal Revenue Service | **Noncash Charitable Contributions**<br>▶ Attach to your tax return if you claimed a total deduction<br>of over $500 for all contributed property.<br>▶ See separate instructions. | OMB No 1545-0908<br>Attachment<br>Sequence No. **55** |
|---|---|---|

Name(s) shown on your income tax return
**MICHAEL & VIVIAN MOROKNEK**

Identifying number
**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**

Note: Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A** -- List in this section only items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I**  Information on Donated Property -- If you need more space, attach a statement.

**1**

| | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | SALVATION ARMY<br>NORTHPORT NY | HH GOODS,BOOKS,LUGGAGE |
| B | SALVATION ARMY<br>NORTHPORT NY | TOYS, CLOTHING,COMPUTER |
| C | COMMUNITY THRIFT<br>HUNTINGTON NY | HH GOODS |
| D | | |
| E | | |

Note: If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 03/01/1999 | 06/1992 | PURCH | 3,500. | 350. | |
| B | 10/25/1999 | 06/1990 | PURCH | 5,500. | 550. | |
| C | 09/15/1999 | 06/1991 | PURCH | 2,500. | 250. | |
| D | | | | | | |
| E | | | | | | |

**Part II**  Other Information -- Complete line 2 if you gave less than an entire interest in property listed in Part I.
Complete line 3 if conditions were attached to a contribution listed in Part I.

**2** If, during the year, you contributed less than the entire interest in the property, complete lines a - e
  **a** Enter letter from Part I that identifies the property ▶ _____ . If Part II applies to more than one property, attach a separate statement
  **b** Total amount claimed as a deduction for the property listed in Part I (1) For this tax year    ▶ _____ .
       (2) For any prior tax years..    ▶ _____ .
  **c** Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):
  Name of charitable organization (donee)
  Address (number, street, and room or suite no. )
  City or town, state, and ZIP code
  **d** For tangible property, enter place where property is located or kept ▶ _____
  **e** Name of any person, other than the donee organization, having actual possession of the property ▶ _____

**3** If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement (see instructions)

| | | Yes | No |
|---|---|---|---|
| **a** | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property?.... | | |
| **b** | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? ... | | |
| **c** | Is there a restriction limiting the donated property for a particular use? .... | | |

For Paperwork Reduction Act Notice, see page 4 of separate instructions.

Form **8283** (Rev 10-98)

CAA  9 828312    NTF 17521A    GLD 2922
Copyright 1998 Greatland/Nelco LP - Forms Software Only

| Form **8829** | **Expenses for Business Use of Your Home** ▶ File only with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year. ▶ See separate instructions. | OMB No. 1545-1266 **1999** Attachment Sequence No. **66** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

| Name(s) of proprietor(s) | Your social security no. |
|---|---|
| MICHAEL MOROKNEK | 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 |

## Part I  Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory, or product samples. See instructions | **1** | 1 |
| 2 | Total area of home | **2** | 10 |
| 3 | Divide line 1 by line 2 Enter the result as a percentage | **3** | 10.0 % |
| | • For day-care facilities not used exclusively for business, also complete lines 4-6. | | |
| | • All others, skip lines 4-6 and enter the amount from line 3 on line 7. | | |
| 4 | Multiply days used for day care during year by hours used per day . **4** hr. | | |
| 5 | Total hours available for use during year (365 days x 24 hours) See instructions **5** 8,750 hr. | | |
| 6 | Divide line 4 by line 5 Enter the result as a decimal amount **6** 0.0 | | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ▶ | **7** | 10.0 % |

## Part II  Figure Your Allowable Deduction

| | | | | | |
|---|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, plus any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions. | | | **8** | 187,735. |
| | See instructions for columns (a) and (b) before completing lines 9-20. | **(a)** Direct expenses | **(b)** Indirect expenses | | |
| 9 | Casualty losses. See instructions | **9** | | | |
| 10 | Deductible mortgage interest. See instructions | **10** | 11,215. | | |
| 11 | Real estate taxes. See instructions | **11** | 5,259. | | |
| 12 | Add lines 9, 10, and 11 | **12** | 16,474. | | |
| 13 | Multiply line 12, column (b) by line 7 | **13** | 1,647. | | |
| 14 | Add line 12, column (a) and line 13 | | | **14** | 1,647. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | **15** | 186,088. |
| 16 | Excess mortgage interest. See instructions | **16** | | | |
| 17 | Insurance | **17** | 1,448. | | |
| 18 | Repairs and maintenance | **18** | 5,250. | | |
| 19 | Utilities | **19** | 4,846. | | |
| 20 | Other expenses See instructions | **20** | | | |
| 21 | Add lines 16 through 20 | **21** | 11,544. | | |
| 22 | Multiply line 21, column (b) by line 7 | **22** | 1,154. | | |
| 23 | Carryover of operating expenses from 1998 Form 8829, line 41 | **23** | | | |
| 24 | Add line 21 in column (a), line 22, and line 23 | | | **24** | 1,154. |
| 25 | Allowable operating expenses. Enter the smaller of line 15 or line 24 | | | **25** | 1,154. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15 | | | **26** | 184,934. |
| 27 | Excess casualty losses See instructions | **27** | | | |
| 28 | Depreciation of your home from Part III below | **28** | | | |
| 29 | Carryover of excess casualty losses and depr. from 1998 Form 8829, line 42 | **29** | | | |
| 30 | Add lines 27 through 29 | | | **30** | |
| 31 | Allowable excess casualty losses and depreciation. Enter the smaller of line 26 or line 30 | | | **31** | |
| 32 | Add lines 14, 25, and 31 | | | **32** | 2,801. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to Form 4684, Section B | | | **33** | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ▶ | | | **34** | 2,801. |

## Part III  Depreciation of Your Home

| | | | |
|---|---|---|---|
| 35 | Enter the smaller of your home's adjusted basis or its fair market value. See instructions | **35** | |
| 36 | Value of land included on line 35 | **36** | |
| 37 | Basis of building. Subtract line 36 from line 35 | **37** | |
| 38 | Business basis of building. Multiply line 37 by line 7 | **38** | |
| 39 | Depreciation percentage. See instructions | **39** | 0.0 % |
| 40 | Depreciation allowable. Multiply line 38 by line 39. Enter here and on line 28 above. See instructions | **40** | |

## Part IV  Carryover of Unallowed Expenses to 2000

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0- | **41** | |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0- | **42** | |

For Paperwork Reduction Act Notice, see separate instructions.    Form **8829** (1999)

CAA    9  88291    NTF 23428    GLD 5031

Copyright 1999 Greatland/Nelco LP - Forms Software Only

## Depreciation and Amortization
### (Including Information on Listed Property)

| Form 4582 | | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate Instructions.   ▶ Attach this form to your return. | **1999** Attachment Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| MICHAEL & VIVIAN MOROKNEK | ACCOUNTANT | 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 |

### Part I — Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 Maximum dollar limitation If an enterprise zone business, see the instructions | 1 | $19,000 |
| 2 Total cost of section 179 property placed in service. See the instructions | 2 | 2,400. |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year Subtract line 4 from line 1 If zero or less, enter -0- If married filing separately, see the instructions | 5 | 19,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 Listed property Enter amount from line 27 | 7 | | |
| 8 Total elected cost of section 179 property Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 Tentative deduction Enter the smaller of line 5 or line 8 | | 9 | |
| 10 Carryover of disallowed deduction from 1998. See the instructions | | 10 | |
| 11 Business income limitation Enter smaller of business income (not less than zero) or line 5 (see instructions) | | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | 12 | |
| 13 Carryover of disallowed deduction to 2000. Add lines 9 and 10, less line 12   ▶ | 13 | | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

### Part II — MACRS Depreciation for Assets Placed in Service ONLY During Your 1999 Tax Year (Do Not Include Listed Property.)

#### Section A -- General Asset Account Election

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See the instructions ............................... ▶ ☐

#### Section B -- General Depreciation System (GDS) (See the Instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depr. (business/investment use only -- see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C -- Alternative Depreciation System (ADS) (See the Instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

### Part III — Other Depreciation (Do Not Include Listed Property.) (See the instructions )

| | | |
|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 1999 | 17 | |
| 18 Property subject to section 168(f)(1) election | 18 | |
| 19 ACRS and other depreciation | 19 | |

### Part IV — Summary (See the instructions )

| | | |
|---|---|---|
| 20 Listed property Enter amount from line 26 | 20 | 2,403. |
| 21 Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return Partnerships and S corporations -- see instructions. | 21 | 2,403. |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

For Paperwork Reduction Act Notice, see the Instructions.                                          Form 4582 (1999)

CAA     9  456212      NTF 23741     GLD 2896
Copyright 1999 Greatland/Nelco LP - Forms Software Only

Feb 16 2001 7:50AM  SML Agency Services 607 722 1237                No.1292  P. 36/41

Form 4562 (1999)    MICHAEL & VIVIAN MOROKNEK                      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    Page 2

**Part V** Listed Property -- Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A -- Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

23a Do you have evidence to support business/investment use claimed? ☒ Yes ☐ No    23b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Busn / investment use percentage | (d) Cost or other basis | (e) Basis for depr. (busn./investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24  Property used more than 50% in a qualified business use (See instructions.): | | | | | | | | |
| AUTO | 06/01/1997 | 80.7% | 15,517. | 12,518. | 5 | 200DBHY | 2,403. | |
| | | 0.0% | | | | | | |
| | | 0.0% | | | | | | |
| 25  Property used 50% or less in a qualified business use (See instructions): | | | | | | | | |
| | | 0.0% | | | | S/L- | | |
| | | 0.0% | | | | S/L- | | |
| | | 0.0% | | | | S/L- | | |
| 26  Add amounts in column (h) Enter the total here and on line 20, page 1 | | | | | | | 26 | 2,403. |
| 27  Add amounts in column (i). Enter the total here and on line 7, page 1 | | | | | | | 27 | |

**Section B -- Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28  Total business/investment miles driven during year (DO NOT include commuting miles -- see the instructions) | 14422 | | | | | | | | | | | |
| 29  Total commuting miles driven during year | | | | | | | | | | | | |
| 30  Total other personal (noncommuting) miles driven | 3455 | | | | | | | | | | | |
| 31  Total miles driven during the year Add lines 28 through 30 | 17877 | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32  Was the vehicle available for personal use during off-duty hours? | X | | | | | | | | | | | |
| 33  Was the vehicle used primarily by a more than 5% owner or related person? | X | | | | | | | | | | | |
| 34  Is another vehicle available for personal use? | X | | | | | | | | | | | |

**Section C -- Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 35 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners. | | |
| 37 | Do you treat all use of vehicles by employees as personal use? | | |
| 38 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 | Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

Note: If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40  Amortization of costs that begins during your 1999 tax year | | | | | |
| | | | | | |
| | | | | | |
| 41  Amortization of costs that began before 1999 | | | | 41 | |
| 42  Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return | | | | 42 | |

CAA  $ 456212    NTF 22742    GLD 2696                          Form 4562 (1999)
Copyright 1999 Greatland/Nelco LP - Forms Software Only

07-2001  7:42AM  SML Office Services 607 722 1237     No.1292   P. 5/41

Berkshire Life Insurance Company
700 South Street
Pittsfield, Massachusetts 01201-8285

## Application For Insurance To
## Berkshire Life Insurance Company (Part 1)

**1a. Full Name of Proposed Insured** (Print—First Name, Middle Initial, Last Name—Leave space between names)

MICHAEL          MORKNEK

**b. Sex**
☐ Male
☐ Female

**c. Maiden Name (Surname only)**

**d. Also Known As**

---

**2a. Date of Birth**
Mo Day Yr
7 19 60

**b. Birthplace** (State or Country)
NY

**c. Citizen of**
USA

**3a. Proposed Insured Social Security Number**
075489760

**b. Owner's Taxpayer I.D. No. or Social Security Number**
075489960

**Marital Status**
☒ Married ☐ Single ☐ Separated ☐ Widowed ☐ Divorced

**Primary Home Address**
No. 11 Street GROVE PLACE
City NORTHPORT   State N.Y.
Zip Code 11768  Telephone (631) 757-2530
How long? #768  10 Yrs.

**Occupation**
a. Complete Job Title C.P.A. /ACCOUNTANT.
b. List exact duties including description of physical requirements (lifting, climbing, driving, travel, etc.)
ACCOUNTING

c. List any tools or equipment you use (hand tools, trucks, machinery, heavy equipment, etc.) If none, so state.
NONE

d. Have you been continuously at work full-time performing the usual duties of your occupation for the past six months? ☒ Yes ☐ No
If no, explain
e. 90 % Travel   f. 10 % Supervision
g. Nature of Business ACCOUNTING
h. Type of Business Entity
☒ Sole Proprietorship ☐ Partnership ☐ C-Corporation
☐ S-Corporation ☐ Other
i. Name of Employer SELF

j. How long employed? 5 Yrs.
k. Physical Address of Business
No. 11 Street GROVE Pl.
City NORTHPORT   State NY
Zip Code 11768  Telephone (631) 757-3080
l. Other Employment: ☐ Yes ☒ No
☐ Full-time ☐ Part-time
☒ Self-employed ☐ Employed by
State details

**7a. Premiums Payable**
☒ Annually  ☐ Semi-Annually  ☐ Quarterly
☐ Monthly (for list billing only)
☐ Pre-Authorized Checking:
  ☐ New PAC Service (Automatic Payment Plan Authorization required)
  ☐ Add to my existing PAC Service
b. Amount paid with application:  Life $ —
                    D.I. $ 1549.50
c. Was receipt for amount paid with application for Life and/or D.I. delivered to you?  ☒ Yes ☐ No
d. Mail Premium Notices to ☐ Business  ☒ Residence
☐ Other
e. Who is to pay premiums? INSURED
**For List Billing**
f. If existing list bill, what is list billing number?
g. If new list bill,
Name of business
Common billing date
h. If both Life and Disability (D.I.) are being applied for, the list billing is for:  ☐ the Life Policy  ☐ the D.I. policy

**8. Annual Income** (complete for Life insurance only). If applying for Disability Income insurance, complete the Financial Supplement.
a. Earned Income (after business expenses and before taxes)  $
b. Other Income (if more than 10% of earned income, describe in Item 13)  $
c. Net worth  $
Source of provided figures

| | Yes | No |
|---|---|---|
| **9a.** Have you ever applied for a Life or Health* insurance policy that was declined, postponed, modified, amended, rated up, cancelled or had renewal or reinstatement refused? | ☐ | ☒ |
| **b.** Within the past twelve months, have you applied for, or been examined for Life or Health* insurance in any other company? | ☐ | ☒ |
| **c.** During the past five years, have you received, requested, or been refused disability, hospital, or medical benefits or a disability pension? | ☐ | ☒ |
| **d.** Have you had or been treated for cancer, heart attack, diabetes, or any disease of the liver, lungs or kidneys? | ☐ | ☒ |
| **e.** Are you currently receiving any medical advice or treatment for any medical, surgical or psychiatric condition? | ☐ | ☒ |

(Give details of YES answers in Item 13)
*Includes Disability Income insurance.

FEB 16 2001 8:05AM SWL ___cl Services 607 722 1237    No.1294   P. 7/7

**0.** ___, Travel, Activities

| | | Yes | No |
|---|---|---|---|
| a. | Within the past three years, have you flown, or do you contemplate flying as a student pilot, pilot, crew member or with any duties aboard an aircraft in flight? (If YES, complete Aviation Supplement.) | ☐ | ☒ |
| b. | Do you contemplate a change in residence to or travel in a foreign country? | ☐ | ☒ |

c. During the past three years, have you participated in or do you contemplate participating in scuba diving, skydiving, hang gliding, any form of motor racing, or any other hazardous activities?    Yes ☐  No

(Give details of YES answers to b and c in Item 13)

## 11. Life Insurance

a. Describe all coverage in force, including group and annuities, and any insurance terminated within the last six months.

| Company | Face Amt. of Insurance | Accidental Death Benefit | Bus or Pers. | Year of Issue | Terminated or To Be Terminated? |
|---|---|---|---|---|---|
| WM. PENN | $200,000 | $ — | PERS. | 1990 | ☐ Yes Date_____ ☒ No |
| | | | | | ☐ Yes Date_____ ☐ No |
| | | | | | ☐ Yes Date_____ ☐ No |
| | | | | | ☐ Yes Date_____ ☐ No |

b. If policy applied for is intended to replace or change any existing insurance or annuities in this or any company, have you received a disclosure statement?    Yes ☐  No ☒

If a Berkshire Life Insurance Company term insurance policy(ies) is to be replaced, I understand that no further premium notices will be mailed after the date when the new policy is in force. I also understand that the policy being replaced will provide no coverage after the date when the new policy is in force.

## 12. Disability Income Insurance

(Describe all coverage in force, including individual, franchise, association, group, or government plans and any disability insurance terminated within the last six months.)

| Company | Monthly Benefit | Policy Date Mo/Day/Yr | Benefit Period | Other Benefits | Terminated or To Be Terminated? |
|---|---|---|---|---|---|
| BERKSHIRE | $3,000 | 5/14/96 | age 65 | | ☐ Yes Date_____ ☒ No |
| | | | | | ☐ Yes Date_____ ☐ No |
| | | | | | ☐ Yes Date_____ ☐ No |
| | | | | | ☐ Yes Date_____ ☐ No |

## 13. Details and Special Requests

(Include requests for any additional or alternate policies or for policy date other than provided by the terms of this application. Identify questions and give details of YES answers.)

AUG 16, 2001  7:42AM  SNL Agency Services 607-722-1237                No 1292   P 6/41

## Life Insurance

**15.** a. Basic Plan _____

b. Amount applied for $ _____

**Supplemental Benefits**

a. ☐ Waiver of Premium

b. ☐ Accidental Death                                    $ _____

c. ☐ Guaranteed Insurability Option              $ _____

d. ☐ Annual Renewable Term Rider              $ _____

e. ☐ _____             $ _____
    *(enter rider desired)*

f. ☐ Paid-Up Additions Rider

Additional Premium at Issue                      $ _____

or Additional Insurance at Issue                 $ _____

If a special billing option is requested, complete form 3258–Request For Special Billing Option.

**16. Dividends**

a. ☐ Paid in Cash
b. ☐ Reduce Premium
c. ☐ Paid up Additions
d. ☐ Interest Accumulation
e. ☐ 1 Year Term–Balance Interest Accumulation
f. ☐ 1 Year Term–Balance Reduce Premium
g. ☐ 1 Year Term and Paid up Additions
h. ☐ Full 1 Year Term

**17. Is Automatic Premium Loan Provision elected, if available?**   ☐ Yes   ☐ No

**18. Beneficiary**–Print full name and relationship of each, including date of birth if under 18. (Class beneficiaries will share equally unless otherwise provided.)

a. Primary

b. Contingent

**19. Owner**

In whom is ownership, together with right to change beneficiaries, to vest?

☐ In Proposed Insured.
☐ In Applicant, if living, otherwise in Applicant's estate.
☐ In Applicant Corporation or its successors or assigns.
☐ _____

_____

_____

_____

## Disability Insurance

**20.** a. Plan _____ *Executive*

☒ Own Occupation   ☐ Income Replacement

Occupational Class ___ *LI+* ___   ☐ Step Rate

Monthly Indemnity $ *3300.⁰⁰*

Indemnity Period: *LIFETIME / LIFETIME*

☐ _____ Months or ☐ To Age 65 ☐ To Age 67

Waiting Period ___ *90* ___ Days

b. **Supplemental Benefits**

Name of Benefit:                          Amount (if applicable):

*Automatic Benefit* $ _____
*Enhancement*        $ _____
_____   $ _____
_____   $ _____
_____   $ _____
_____   $ _____

c. Is this part of a Salary Continuation Plan? ☐ Yes ☒ No

d. What portion, if any, of the total premium for D.I. coverage is being paid by the employer? ___ *0* ___ %

**21.** a. Overhead Expense–Occupational Class _____

☐ Professional        ☐ Business

Indemnity Amount $ _____
                    *(Monthly)*

Indemnity Period _____ Months;  Wait. Period _____ Days

b. Your share of covered expenses? $ _____; and _____ % of total.

c. ☐ Future Purchase Option: $ _____
                               *(Monthly)*

d. ☐ Residual Disability

e. Owner (if other than the Insured) _____

f. Existing O.E. Coverage ☐ $ _____ Monthly ☐ None

If yes, Name of Company _____

Will it be terminated? ☐ Yes–Date _____ ☐ No

**22.** a. Disability Buy-Out–Occupational Class _____

Premium Structure.     ☐ Level          ☐ Step Rate

Funding.  ☐ Monthly ☐ Lump Sum ☐ Down Payment

b. Indemnity Amount $ _____ $ _____
                     *(Monthly)*      *(Lump Sum)*

Indemnity Period ___ Months; Wait. Period _____ Months

☐ Presumptive Permanent Disability Benefit

☐ Future Purchase Option

Option Amount: $ _____ $ _____
                *(Monthly)*     *(Lump Sum)*

c. Owner & Loss Payee _____

d. Is Disability Buy-Out Insurance now in force? ☐ Yes ☐ No

If Yes, Name of Company _____

Will it be terminated? ☐ Yes–Date _____ ☐ No

e. Is a buy-sell agreement in place?*          ☐ Yes ☐ No

*See signature portion of Financial Supplement

I (we) represent that the answers in this Application For Insurance to Berkshire Life Insurance Company are true and complete to the best of my (our) knowledge and belief; and that together with the statements of the Proposed Insured in Application For Insurance (Part 2–Non-Medical), they shall form the basis and be a part of the contract of insurance, if issued. I (we) agree that except as otherwise stated in the receipt bearing the same number as this application if issued to me (us), any policy or policies issued shall not be in effect unless and until: (1) the full first premium has been paid and the policy or policies have been delivered to the owner; and (2) the health and other conditions that affect insurability of the Proposed Insured are, to the best of my (our) knowledge and belief, as described in this application. If life insurance and/or disability insurance becomes effective in the manner stated in the receipt, the amount of such insurance shall not exceed the limits set forth in such receipt.

I will permanently discontinue all policies shown to be discontinued in answer to question 22d. within 60 days after the intended date of termination shown in 22d. I understand that if I fail to terminate these policies within 60 days, the policy will be rescinded and all premiums returned subject to the Incontestable provision of the policy.

If benefits become payable under any policy issued as a result of this application prior to the termination of the policies shown as to be terminated in question 22d., the following paragraph applies:

Our liability for benefits under this policy will be reduced to the proportion that the coverages similar to this policy for which we had notice bears to the total cov-erages similar to this policy. The premium for any excess coverage will be returned. "Coverages for which we had notice" means this policy and coverages disclosed as to be continued in question 22d., if any. "Total coverages" means this policy; all coverages disclosed in question 22d.; and coverages not disclosed, if any. "[...] similar to this policy" means any coverage [...] vides benefits for the same loss as this policy.

No information acquired by any representative of the Company shall bind the Company unless it shall have been set out in writing in Part 1 or Part 2 of this application. Only the President, a Vice-President, the Secretary or an Assistant Secretary may make, modify, or discharge contracts or waive any of the Company's requirements, and then only in writing.

I, the Proposed Insured, acknowledge receipt of: the Notice of Insurance Information Practices; the Fair Credit Reporting Act Disclosure; and the Medical Information Bureau Pre-Notice.

**Proposed Owner Certification**

Under the penalties of perjury, I certify: (1) that the Number shown on this application is my correct Taxpayer Identification Number and (2) that I am not subject to backup withholding under the Internal Revenue Code either because: (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

Signed at __NORTHPORT  NY__ ___02/12/01___   X _____ (Proposed Insured)

     (City-State)       (Mo-Day-Yr)   Signed

Witness _____   Signed _____ (Applicant)

HOWARD F JSSERLES  WITNESS   (If Other Than Proposed Insured)

LOUIS SANTIMAN   Signed _____ (Owner)

     (If Other Than Applicant or Proposed Insured)

17-2 (1/96) NY       **Page 4 – (Signatures are required on pages 4 and 5)**       71205

**Berkshire Life Insurance Com**
700 South Street
Pittsfield, Massachusetts 01201-8285

State _N Y_   Day Interview _X_   Evening Interview _____

## Personal Survey

Name _Michael Dvorkin_   D.O.B. _7/19/60_   ☒ Male   ☐ Female

Residential Address _11 Grace Place   Northport, NY   11768_

Occupation _CPA / Accountant_   Employer _Self_

Policy Number _H0371577_   Underwriter's Initials _FES_

Amount of Insurance Applied for $ _3,300_   ☐ Life Basic   ☒ DI Basic

Agent _Saltzman_   Agency _034_   Social Security No. _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_

Telephone (home) _____   (business) _(631) 757-3030_

Best Time to Reach Applicant _bus hrs_

### Attempts

**Additional Questions**

A.M.D  FEB 21 2001

Completed _A M D  FEB 21 2001_

### Domestic Profile

**Details of "Yes" Answers**

Marital Status:  ☒ Married   ☐ Single   ☐ Widowed

☐ Divorced   ☐ Separated

Is the beneficiary of this policy someone other than
an immediate family member?   ☐ Yes   ☐ No
(If yes, cover reason and relationship.)

Are you a U.S. Citizen?   ☒ Yes   ☐ No

If not, in what country do you maintain citizenship?

How long have you been in the U.S.?

Do you have a permanent visa?   ☐ Yes   ☐ No

### Employment, Duties & Financial Data

**Details of "Yes" Answers**

Employer's Name _Self_

Nature of Business _CPA_

Job Title _CPA._

Duties _Everything - he says that accts closes_

If job title is physician or medical specialty - Do you perform any surgery or other invasive procedures?   ☐ Yes   ☐ No

Number of Employees _none_

Number under Direct Supervision _____   Where _____

Length of Employment _5 an. lyrs._

(If less than 1 year, give former employer and length
of employment).  Include duties and earned income).

If self-employed, is business
operated from home?  ☐ Yes   ☐ No _____

Do you have to leave your home to transact business? ☒ Yes   ☐ No _____

What percentage of time is spent away from home? _____

Have you been at work on a full-time basis for the last six months? ☐ Yes   ☐ No _____

3119-4-2000

B.E.S. FEB 23 2001

| 1  Control number | | | OMB No. 1545-0008 | Copy C For EMPLOYEE'S RECORDS<br>This information is being furnished to the Internal Revenue Service. | |
|---|---|---|---|---|---|
| 2  Employer's name, address, and ZIP code | | | 3  Employer's identification number<br>13-3145654 | 4  Employer's state I.D. number | |
| | | | 5 Statutory employee   Deceased   Pension plan   Legal rep.   942 emp.   Subtotal   Deferred compensation   Void | | |
| ALLAN MOROKNEK, CPA<br>250 W 57th STREET<br>NEW YORK, NY 10107 | | | 6  Allocated tips | 7  Advance EIC payment | |
| 8  Employee's social security number<br>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 | 9  Federal income tax withheld<br>14248.00 | | 10  Wages, tips, other compensation<br>85100.00 | 11  Social security ta<br>3379 | |
| 12  Employee's name, address, and ZIP code<br>MICHAEL MOROKNEK | | | 13  Social security wages<br>45000.00 | 14  Social security tips | |
| 51 AMBER LANE<br>LEVITTOWN, NY  11756 | | | 16 | 16a  Fringe benefits incl. in Box 10 | |
| | | | 17  State income tax<br>3904.00 | 18  State wages, tips, etc.<br>85100.00 | 19  Name of state<br>NY |
| | | | 20  Local income tax | 21  Local wages, tips, etc. | 22  Name of locality |

Form W-2 Wage and Tax Statement  1988                                                 Dept. of the Treasury—IRS

| 1  Control number | | | OMB No. 1545-0008 | Copy C For EMPLOYEE'S RECORDS | Dept. of the Treasury—IRS |
|---|---|---|---|---|---|
| 2  Employer's name, address, and ZIP code | | | 3  Employer's identification number<br>13-3145654 | 4  Employer's state I.D. number | |
| ALLAN J MOROKNEK, CPA<br>250 WEST 57 th STREET<br>NEW YORK, NY 10107 | | | 5 Statutory employee   Deceased   Pension plan   Legal rep.   942 emp.   Subtotal   Deferred compensation   Void | | |
| | | | 6  Allocated tips | 7  Advance EIC payment | |
| 8  Employee's social security number<br>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 | 9  Federal income tax withheld<br>20800.00 | | 10  Wages, tips, other compensation<br>88400.00 | 11  Social secu<br>3604 | |
| 12  Employee's name, address, and ZIP code<br>MICHAEL MOROKNEK<br>51 AMBER LANE<br>LEVITTOWN, NY 11756 | | | 13  Social security wages<br>48000.00 | 14  Social security tips | |
| | | | 16 | 16a  Fringe benefits incl. in Box 10 | |
| | | | 17  State income tax<br>7800.00 | 18  State wages, tips, etc.<br>88400 | 19  Name of state<br>NY |
| | | | 20  Local income tax | 21  Local wages, tips, etc.<br>16-0331690 | 22  Name of locality |

Form W-2 Wage and Tax Statement  1989
This information is being furnished to the Internal Revenue Service.

Form **1040**  Department of the Treasury-Internal Revenue Service
**U.S. Individual Income Tax Return**    **1988**

For the year Jan.-Dec. 31, 1988, or other tax year beginning ____ ,1988, ending ____ ,19 ____   OMB No. 1545-0074

| Use IRS label. Otherwise, please print or type. | MICHAEL & VIVIAN MOROKNEK | Your social security number |
|---|---|---|
| | | 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 |
| | 51 AMBER LANE | Spouse's social security no. |
| | | 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 |
| | LEVITTOWN, NY 11756 | For Privacy Act and Paperwork Reduction Act Notice, see Inst. |

**Presidential Election Campaign**

Do you want $1 to go to this fund? .......... Yes ☐ No ☐

If joint return, does your spouse want $1 to go to this fund? ........ Yes ☐ No ☐

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above and full name here. _____
4 ☐ Head of household. If qualifying person is your child but not your dependent, enter name. _____
5 ☐ Qualifying widow(er) with dependent child (yr. spouse died ► 19 ____ ). (See page 7 of Instructions.)

**Exemptions**

(See Instructions on page 8.)

6a ☒ Yourself  If someone can claim you as a dependent, do not check 6a. But be sure to check the box on line 33b.

b ☒ Spouse .......

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or older, dependent's social security number | (4) Relationship | (5) No. of mo. lived in your home in 1988 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation

No. of other dependents listed on 6c

If more than 6 dependents, see Instructions on page 8.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ... ► ☐

e Total number of exemptions claimed ....... ► **2**

Add numbers entered on lines above

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc.(attach Form(s) W-2) | 7 | 85,100 |
| 8a | Taxable interest income (also attach Schedule B if over $400)...... | 8a | 734. |
| b | Tax-exempt interest income (see page 11). DON'T include on line 8a | 8b | |
| 9 | Dividend income (also attach Schedule B if over $400)........... | 9 | |
| 10 | Taxable refunds of state & local income taxes, if any, from worksheet on pg. 11 of Instructions | 10 | 420. |
| 11 | Alimony received......... | 11 | |
| 12 | Business income or (loss) (attach Schedule C)....... | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D)......... | 13 | - |
| 14 | Capital gain distributions not reported on line 13 (see page 11).......... | 14 | |
| 15 | Other gains or (losses) (attach Form 4797)......... | 15 | |
| 16a | Total IRA distributions ..... 16a ____   16b Taxable amount ...... | 16b | |
| 17a | Total pensions and annuities 17a ____   17b Taxable amount ...... | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E)...... | 18 | |
| 19 | Farm income or (loss) (attach Schedule F)......... | 19 | |
| 20 | Unemployment compensation (insurance)......... | 20 | |
| 21a | Social security benefits (see page 13)........ 21a ____ | | |
| b | Taxable amount, if any, from the worksheet on page 13........ | 21b | |
| 22 | Other income _____ | 22 | |
| 23 | Add amounts shown in the far right column for lines 7 through 22. This is your total income ► | 23 | 86,254. |

Please attach check or money order here.

**Adjustments to Income**

(See Instructions on page 13.)

| | | | |
|---|---|---|---|
| 24 | Reimbursed employee business exp. from Form 2106, line 13 | 24 | |
| 25a | Your IRA deduction, from applic. worksheet on page 14 or 15 | 25a | |
| b | Spouse's IRA ded., from applic. worksheet on page 14 or 15 | 25b | |
| 26 | Self-empl. health insurance deduction, from worksheet pg. 15 | 26 | |
| 27 | Keogh retirement plan and self-empl. SEP deduction....... | 27 | |
| 28 | Penalty on early withdrawal of savings ..... | 28 | |
| 29 | Alimony pd.( recipient's last name _____ & social security no. _____ | 29 | |

| | | | |
|---|---|---|---|
| 30 | Add lines 24 through 29. These are your total adjustments ....... ► | 30 | |

**Adj. Gr. Inc.** 31 Subtract line 30 from line 23. This is your adjusted gross income ....... ► | 31 | 86,254. |

MORO960

Copyright Forms Software Only, 1988 Nelco, Inc. 1040 H733      Preparers Edition

Form 1040 (1988)  MICHAEL & VIVIAN MOROKNEK                                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  Page 2

|  | | | |
|---|---|---|---|
| **Tax Compu-tation** | **32** Amount from line 31 (adjusted gross income). | **32** | 86,254. |
| | **33a** Check if: ☐ You were 65 or older ☐ Blind: ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked and enter the total here ▶ **33a** | | |
| | **b** If someone (such as your parent) can claim you as a dependent, check here.. ▶ **33b** ☐ | | |
| | **c** If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here ▶ **33c** ☐ | | |
| | **34** Enter the larger of: • Your standard deduction (from page 17 of the Instructions), OR • Your Itemized deductions (from Schedule A, line 26) ▷ If you itemize, attach Schedule A & check here ▶ ☒ | **34** | 17,769. |
| | **35** Subtract line 34 from line 32. Enter the result here. | **35** | 68,485. |
| | **36** Multiply $1,950 by the total number of exemptions claimed on line 6e | **36** | 3,900. |
| | **37** Taxable Income. Subtract line 36 from line 35. Enter the result (if less than zero, enter zero). | **37** | 64,585. |
| | Caution: If under age 14 and you have more than $1,000 of investment income, check ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | | |
| | **38** Enter tax. Check if from: ☐ Tax Table, ☒ Tax Rate Schedules, or ☐ Form 8615. | **38** | 14,216. |
| | **39** Additional taxes(see pg. 17). Check if from: ☐ Form 4970 ☐ Form 4972. | **39** | |
| | **40** Add lines 38 and 39. Enter the total ▶ | **40** | 14,216. |
| **Credits** (See Instructions on page 18.) | **41** Credit for child & dependent care expenses(attach Form 2441) **41** | | |
| | **42** Credit for the elderly or the disabled (attach Schedule R).... **42** | | |
| | **43** Foreign tax credit (attach Form 1116) **43** | | |
| | **44** General business credit. Check if from: ☐ Form 3800 or ☐ Form **44** | | |
| | **45** Credit for prior year minimum tax (attach Form 8801)....... **45** | | |
| | **46** Add lines 41 through 45. Enter the total | **46** | |
| | **47** Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ▶ | **47** | 14,216. |
| **Other Taxes** (Including Advance EIC Payments) | **48** Self-employment tax (attach Schedule SE) | **48** | |
| | **49** Alternative minimum tax (attach Form 6251). | **49** | |
| | **50** Recapture taxes (see pg. 18). Check if from: ☐ Form 4255 ☐ Form 8611. | **50** | |
| | **51** Social security tax on tip income not reported to employer (attach Form 4137) | **51** | |
| | **52** Tax on an IRA or a qualified retirement plan (attach Form 5329). | **52** | |
| | **53** Add lines 47 through 52. This is your total tax ▶ | **53** | 14,216. |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | **54** Fed. inc. tax withheld(if any is from Form(s) 1099, check ▶ ☐) **54** 14,248. | | |
| | **55** 1988 estimated tax payments & amt. applied from 1987 return **55** | | |
| | **56** Earned income credit. **56** | | |
| | **57** Amount paid with Form 4868 (extension request) **57** | | |
| | **58** Excess social security tax and RRTA tax withheld. **58** | | |
| | **59** Credit for Federal tax on fuels (attach Form 4136). **59** | | |
| | **60** Regulated investment company credit (attach Form 2439)... **60** | | |
| | **61** Add lines 54 through 60. These are your total payments ▶ | **61** | 14,248. |
| **Refund or Amount You Owe** | **62** If line 61 is larger than line 53, enter amount OVERPAID ▶ | **62** | 32. |
| | **63** Amount of line 62 to be REFUNDED TO YOU ▶ | **63** | 32. |
| | **64** Amount of line 62 to be applied to your 1989 estimated tax ▶ **64** | | |
| | **65** If line 53 is larger than line 61, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1988 Form 1040" on it. | **65** | |
| | Check ▶ ☐ if Form 2210 (2210F) is att. See page 21. Penalty: $ | | |

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Please Sign Here**

| Your signature | Date | Your occupation CPA |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation BOOKKEEPER |

**Paid Preparer's Use Only**

| Preparer's signature | Date 04-06-90 | Check if self-employed ☐ | Preparer's social sec. no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | ALLAN J. MOROKNEK, CPA 250 WEST 57TH ST, NEW YORK, NY | E.I. No. 13 3145654 ZIP code 10107 | |

Copyright Forms Software Only, 1988 Nalco, Inc. 604; H733   Preparers Edition

| SCHEDULE A (Form 1040) | Schedule A -- Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Dept. of the Treasury Internal Revenue Service | ► Attach to Form 1040.    ► See Instructions for Schedule A (Form 1040). | 1988 Sequence No. 07 |

| Name(s) as shown on Form 1040 | Your social security number |
|---|---|
| MICHAEL & VIVIAN MOROKNEK | 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 |

**Medical and Dental Expenses**
(Do not include expenses reimbursed or paid by others.)
(See Instructions on page 23.)

| | | |
|---|---|---|
| 1a | Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, medical insurance premiums you paid, etc. . . . . . . STM . 1 | 1a | 3,232. | |
| b | Other ► _____ | 1b | | |
| 2 | Add lines 1a and 1b, and enter the total here . . . . . . . . . . . . . . . . . | 2 | 3,232. | |
| 3 | Multiply the amount on Form 1040, line 32, by 7.5% (.075) . . . . . . . . . | 3 | 6,469. | |
| 4 | Subtract line 3 from line 2. If zero or less, enter –0–. Total medical and dental . . . . . . . . . . ► | 4 | | 0. |

**Taxes You Paid**
(See Instructions on page 23.)

| | | |
|---|---|---|
| 5 | State and local income taxes . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 5,304. | |
| 6 | Real estate taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 3,106. | |
| 7 | Other taxes ► _____ | 7 | | |
| 8 | Add the amounts on lines 5 through 7. Enter the total here. Total taxes . . . . . . . . . . . . . ► | 8 | | 8,410. |

**Interest You Paid**
(See Instructions on page 24.)

Note: New rules apply to the home mortgage interest deduction. See Instructions.

| | | |
|---|---|---|
| 9a | Deductible home mortgage interest you paid to financial institutions (report deductible points on line 10) . . . . . . . . . . . . . . . . . . . . | 9a | 7,487. | |
| b | Deductible home mortgage interest you paid to individuals ► _____ | 9b | | |
| 10 | Deductible points. (See Instructions for special rules.) . . . . . . . . . . . . | 10 | | |
| 11 | Deductible investment interest . . . . . . . . . . . . . . . . . . . . . . . | 11 | | |
| 12a | Personal interest you paid | | | |
| | SEE STATEMENT 2    \|12a\|    1706 | | | |
| b | Multiply the amount on line 12a by 40% (.40). Enter the result . . . . . . . | 12b | 682. | |
| 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest . . . . . . . ► | 13 | | 8,169. |

**Gifts to Charity**
(See Instructions on page 25.)

| | | |
|---|---|---|
| 14 | Contributions by cash or check. (If you gave $3,000 or more to any one organization, show to whom you gave & how much you gave.) ► _____ | 14 | 400. | |
| 15 | Other than cash or check. (You must attach Form 8283 if over $500.) . . . . | 15 | 790. | |
| 16 | Carryover from prior year. . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | | |
| 17 | Add the amounts on lines 14 through 16. Enter the total here. Total contributions . . . . . . . . . ► | 17 | | 1,190. |

**Casualty, Theft**

| 18 | Casualty or theft loss(es) (attach Form 4684). (See page 25 of the Instructions.) . . . . . . . . . . ► | 18 | | 0. |

**Moving Exp.**

| 19 | Moving expenses (attach Form 3903 or 3903F). (See page 26 of the Instructions.) . . . . . . . . . ► | 19 | | 0. |

**Job Expenses and Most Other Miscellaneous Deductions**
(See page 26 for expenses to deduct here.)

| | | |
|---|---|---|
| 20 | Unreimbursed employee expenses. (You MUST att. Form 2106 in some cases.) ► _____ | 20 | | |
| 21 | Other expenses ► _____ | 21 | | |
| 22 | Add the amounts on lines 20 and 21. Enter the total . . . . . . . . . . . . . | 22 | | |
| 23 | Multiply the amount on Form 1040, line 32, by 2% (.02). Enter the result here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | | |
| 24 | Subtract line 23 from line 22. Enter the result (if zero or less, enter zero) . . . . . . . . . . . . . . . ► | 24 | | 0. |

**Other Miscellaneous Deductions**

| 25 | Other ► _____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 25 | | 0. |

**Total Itemized Deductions**

| 26 | Add amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 17 of the Instructions . ► | 26 | | 17,769. |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.        Preparers Edition        Schedule A (Form 1040) 1988

Copyright Forms Software Only, 1988 Nelco, Inc. 0106  H733

# Schedule B — Interest and Dividend Income

Attachment Sequence No. 08   OMB No. 1545-0074

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.)

**MICHAEL & VIVIAN MOROKNEK**

Your social security number

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

| Part I Interest Income | If you received more than $400 in taxable interest income, you must complete Part I and Part III and list ALL interest received. You must report all taxable interest on Form 1040, even if you are not required to complete Part I and Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 27. |
|---|---|

(See Instructions on pages 10 and 26.)

| Interest Income | | Amount |
|---|---|---|
| 1 interest income from seller-financed mortgages. (See Instructions and list name of payer.) ► | 1 | |
| 2 Other interest income ► DIME SAVINGS | | 25. |
| WILLIAMSBURGH SAVINGS | | 21. |
| CITIBANK | | 527. |
| NATWEST | 2 | 161. |
| 3 Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8a ......► | 3 | 734. |

Note: If you received a Form 1099-INT or Form 1099-OID from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| Part II Dividend Income | If you received more than $400 in gross dividends and/or other distributions on stock, complete Part II and Part III. You must report all taxable dividends on Form 1040, even if you are not required to complete Part II and Part III. If you received, as a nominee, dividends that actually belong to another person, see page 27. |
|---|---|

(See Instructions on pages 11 and 27.)

| Dividend Income | | Amount |
|---|---|---|
| 4 Dividend income ► | 4 | |
| 5 Add the amounts on line 4. Enter the total here .................................. | 5 | |
| 6 Capital gain distributions. Enter here and on line 13, Schedule D.* ... | 6 | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | |
| 8 Add the amounts on lines 6 and 7. Enter the total here ............................. | 8 | |
| 9 Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9............. ► | 9 | |

Note: If you received a Form 1099-DIV from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

* If you received capital gain distributions but do not need Schedule D to report any other gains or losses, enter your capital gain distributions on Form 1040, line 14.

| Part III Foreign Accounts and Foreign Trusts | If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III. | Yes | No |
|---|---|---|---|
| | 10 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 27 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) .............. | | X |
| | If "Yes," enter the name of the foreign country ► | | |
| | 11 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 ......... | | X |

(See Instructions on page 27.)

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1988

Copyright Forms Software Only, 1988 Nelco, Inc. 0116 H733

**Form 8283**
(Rev. August 1988)
Department of the Treasury
Internal Revenue Service

# Noncash Charitable Contributions
► Attach to your Federal Income tax return if the total claimed deduction for all property contributed exceeds $500.
► See separate Instructions.

OMB No. 1545-0908
Expires 3-31-90

Attachment
Sequence No. 55

Name(s) as shown on your income tax return

MICHAEL & VIVIAN MOROKNEK

Identification number

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

Note: Compute the amount of your contribution deduction before completing Form 8283. (See your tax return instructions.)

**Section A**   Include in Section A only items (or groups of similar items) for which you claimed a deduction of $5,000 or less per item or group, and certain publicly traded securities (see Instructions).

## Part I   Information on Donated Property

| 1 | (a) Name and address of the donee organization | (b) Description of donated property (attach a separate sheet if more space is needed) |
|---|---|---|
| A | SALVATION ARMY HEMPSTEAD, NY | VARIOUS ITEMS OF CLOTHING, FURNITURE & HOUSEWARES |
| B | | |
| C | | |
| D | | |
| E | | |

Note: Columns (d), (e), and (f) do not have to be completed if the amount you claimed as a deduction for the item is $500 or less.

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | VARIOUS | VARIOUS | PURCHASE | 5,000 | 790 | THRIFT SHOP VALUE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

## Part II   Other Information
— Complete question 2 if you gave less than an entire interest in property listed in Part I.
Complete question 3 if restrictions were attached to a contribution listed in Part I.

2   If less than the entire interest in the property is contributed during the year, complete the following:

(a) Enter letter from Part I which identifies the property _____. (Attach a separate statement if Part II applies to more than one property.)

(b) Total amount claimed as a deduction for the property listed in Part I for this tax year _____;
for any prior tax year(s) _____.

(c) Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above).

Charitable organization (donee) name

Number and street

City or town, state, and ZIP code

(d) The place where any tangible property is located or kept. _____

(e) Name of any person, other than the donee organization, having actual possession of the property. _____

| 3   If conditions were attached to any contribution listed in Part I, answer the following questions: | Yes | No |
|---|---|---|
| (a) Is there a restriction either temporarily or permanently on the donee's right to use or dispose of the donated property? | | |
| (b) Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| (c) Is there a restriction limiting the donated property for a particular use? | | |

For Paperwork Reduction Act Notice, see separate Instructions.

Form 8283 (Rev. 8-88)

Copyright Forms Software Only, 1988 Nelco, Inc. 0118  H733

| FORM 1040 | SUPPORTING STATEMENT(S) | 1988 |
| --- | --- | --- |

MICHAEL & VIVIAN MOROKNEK                                    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

STATEMENT 1 SCHEDULE A   DRUGS, DOCTORS, INSURANCE, ETC.

| DESCRIPTION | AMOUNT |
| --- | --- |
| DOCTORS | 2,185 |
| LABS & HOSPITALS | 275 |
| PRESCRIPTION DRUGS | 572 |
| TRANSPORTATION | 200 |
| | |
| TOTAL DRUGS, DOCTORS, INSURANCE, ETC. | 3,232 |

STATEMENT 2 SCHEDULE A   PERSONAL INTEREST

| DESCRIPTION | AMOUNT |
| --- | --- |
| CHEMICAL AUTO LOAN | 109 |
| CITIBANK CHECKING PLUS | 230 |
| CHARGE CARDS | 39 |
| DOLLAR DRY DOCK | 69 |
| NATWEST BANK | 1,209 |
| CHASE ADVANTAGE | 50 |
| | |
| TOTAL PERSONAL INTEREST | 1,706 |

FORM 1040                                                                1988

Department of the Treasury -- Internal Revenue Service

Form 1040    **U.S. Individual Income Tax Return    1989**

| For the year Jan.-Dec. 31, 1989, or other tax year beginning | , 1989, ending | 19 | OMB. No. 1545-0074 |

| | | |
|---|---|---|
| Use IRS label. Other-wise, please print or type. | MICHAEL MOROKNEK<br>VIVIAN MOROKNEK<br>51 AMBER LANE<br>LEVITTOWN, NY   11756 | Your social security no.<br>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<br>Spouse's social security no.<br>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 |

**Presidential Election Campaign**

| Do you want $1 to go to this fund? .......... | Yes | No | Note: Checking "Yes" will |
| If joint return, does your spouse want $1 to go to this fund? ..... | Yes | No | not change your tax or reduce your refund. |

**Filing Status**

Check only one box.

1 ☐ Single

2 ☒ Married filing joint return (even if only one had income)

3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here.

4 ☐ Head of household (with qualifying person). (See page 7 of Inst.) If qualifying person is your child but not your dependent, enter child's name here.

5 ☐ Qualifying widow(er) with dependent child(yr. spouse died►19     ). (See page 7 of Instructions.)

For Privacy Act & Paperwork Reduction Act Notice, see Instructions.

**Exemptions**

(See Instructions on page 8.)

6a ☒ Yourself  If someone (such as your parent) can claim you as a dependent on his/her tax return, do not check box 6a. But be sure to check box on line 33b on pg. 2.

b ☒ Spouse ...........

No. of boxes checked on 6a and 6b ► 2

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Relationship | (5) No. of mo. lived in your home in 1989 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:

• lived with you

• didn't live with you due to divorce or separation (see page 9)

No. of other dependents on 6c

If more than 6 dependents, see Instructions on page 8.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here . ► ☐

e Total number of exemptions claimed ....................

Add numbers entered on lines above ►

**Income**

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc.(attach Form(s) W-2) | 7 | 88,400. |
| 8a | Taxable interest income (also attach Schedule B if over $400) . : | 8a | 738. |
| b | Tax-exempt interest income (see page 10). DON'T include on line 8a   8b | | |
| 9 | Dividend income (also attach Schedule B if over $400) ............... | 9 | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Inst. | 10 | 135. |
| 11 | Alimony received ................... | 11 | |
| 12 | Business income or (loss) (attach Schedule C) .............. | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) ............... | 13 | 1,187. |
| 14 | Capital gain distributions not reported on line 13 (see page 11)............ | 14 | |
| 15 | Other gains or (losses) (attach Form 4797)............... | 15 | |
| 16a | Total IRA distributions   16a   16b Taxable amount........ | 16b | |
| 17a | Total pensions and annuities   17a   17b Taxable amount........ | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E)........ | 18 | |
| 19 | Farm income or (loss) (attach Schedule F)............... | 19 | |
| 20 | Unemployment compensation (insurance) (see page 13)......... | 20 | |
| 21a | Social security benefits .   21a   21b Taxable amount........ | 21b | |
| 22 | Other income | 22 | |
| 23 | Add amounts shown in far right column for lines 7 through 22. This is your total income ► | 23 | 90,460. |

Please attach check or money order here.

**Adjustments to Income**

(See Instructions on page 14.)

| | | |
|---|---|---|
| 24 | Your IRA deduction, from applicable worksheet on page 14 or 15..... 24 | |
| 25 | Spouse's IRA deduction, from applicable worksheet on page 14 or 15. . 25 | |
| 26 | Self-employed health insurance deduction, from worksheet on pg. 15 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction ........ 27 | |
| 28 | Penalty on early withdrawal of savings ............. 28 | |
| 29 | Alimony paid   a Recipient's last name _____ and b social security no. _____ 29 | |
| 30 | Add lines 24 through 29. These are your total adjustments...........► 30 | |

**Adj. Gr. Income**

31 Subtract line 30 from line 23. This is your adjusted gross income.............► | 31 | 90,460. |

1/MORO960

Preparers Edition

Copyright Forms Software Only. 1989 Nelco. Inc. 2795A 1 H733

MICHAEL & VIVIAN MOROKNEK                                                    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

**Form 1040 (1989) Page 2**

**Tax Computation**

| | | | | |
|---|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | | 32 | 90,460. |

33a Check if: ☐ You were 65 or older ☐ Blind  ☐ Spouse was 65 or older ☐ Blind.
   Add the number of boxes checked and enter the total here ➤ 33a
  b If someone (such as your parent) can claim you as a dependent, check here ➤ 33b
  c If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 15 and check here ➤ 33c

| | | | | |
|---|---|---|---|---|
| 34 | Enter the larger of: • Your standard deduction (from page 17 of the Instructions), OR • Your itemized deductions (from Schedule A, line 26). If you itemize, attach Schedule A and check here ➤ ☒ | | 34 | 20,022. |
| 35 | Subtract line 34 from line 32. Enter the result here | | 35 | 70,438. |
| 36 | Multiply $2,000 by the total number of exemptions claimed on line 6e | | 36 | 4,000. |
| 37 | Taxable income. Subtract line 36 from line 35. Enter the result (if less than zero, enter zero). | | 37 | 66,438. |

Caution: If under age 14 & you have more than $1,000 of investment income, check here ➤ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax.

| | | | | |
|---|---|---|---|---|
| 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615. (If any is from Form(s) 8814, enter that amount here ➤ d ___) | | 38 | 14,579. |
| 39 | Additional taxes (see page 18). Check if from: a ☐ Form 4970  b ☐ Form 4972 | | 39 | |
| 40 | Add lines 38 and 39. Enter the total ➤ | | 40 | 14,579. |

**Credits**
(See Instructions on page 18.)

| | | | | |
|---|---|---|---|---|
| 41 | Credit for child & dependent care expenses (attach Form 2441) | 41 | | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | | |
| 43 | Foreign tax credit (attach Form 1116) | 43 | | |
| 44 | General busn. credit. Check if from: a ☐ Form 3800 or b ☐ Form ___ | 44 | | |
| 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | | |
| 46 | Add lines 41 through 45. Enter the total | | 46 | |
| 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ➤ | | 47 | 14,579. |

**Other Taxes**
(Including Advance EIC Payments)

| | | | | |
|---|---|---|---|---|
| 48 | Self-employment tax (attach Schedule SE) | | 48 | |
| 49 | Alternative minimum tax (attach Form 6251) | | 49 | |
| 50 | Recapture taxes (see pg. 18). Check if from: a ☐ Form 4255  b ☐ Form 8611 | | 50 | |
| 51 | Social security tax on tip income not reported to employer (attach Form 4137) | | 51 | |
| 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | | 52 | |
| 53 | Add lines 47 through 52. Enter the total ➤ | | 53 | 14,579. |

**Medicare Premium**

| | | | | |
|---|---|---|---|---|
| 54 | Supplemental Medicare premium (attach Form 8808) | | 54 | |
| 55 | Add lines 53 and 54. This is your total tax and any supplemental Medicare premium. ➤ | | 55 | 14,579. |

**Payments**
Attach Forms W-2, W-2G and W-2P to front.

| | | | | |
|---|---|---|---|---|
| 56 | Federal income tax withheld (if any is from Form(s) 1099, check ➤ ☐) | 56 | 20,800. | |
| 57 | 1989 estimated tax payments & amt. applied from 1988 return | 57 | | |
| 58 | Earned income credit | 58 | | |
| 59 | Amount paid with Form 4868 (extension request) | 59 | | |
| 60 | Excess social security tax and RRTA tax withheld | 60 | | |
| 61 | Credit for Federal tax on fuels (attach Form 4136) | 61 | | |
| 62 | Regulated investment company credit (attach Form 2439) | 62 | | |
| 63 | Add lines 56 through 62. These are your total payments ➤ | | 63 | 20,800. |

**Refund or Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 64 | If line 63 is larger than line 55, enter amount OVERPAID ➤ | | 64 | 6,221. |
| 65 | Amount of line 64 to be REFUNDED TO YOU ➤ | | 65 | 6,221. |
| 66 | Amount of line 64 to be APPLIED TO YOUR 1990 EST. TAX ➤ 66 | | | |
| 67 | If line 55 is larger than line 63, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your SSN, daytime phone number, & "1989 Form 1040" on it. | | 67 | |
| 68 | Penalty for underpayment of estimated tax (see page 21) 68 | | | |

**Sign Here**
(Keep a copy of this return for your records.)

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date _____ Your occupation CPA

Spouse's signature (if joint return, BOTH must sign) _____ Date _____ Spouse's occupation BOOKKEEPER

**Paid Preparer's Use Only**

Preparer's signature _____ Date 6/ 9/90  Check if self-employed ☐  Preparer's social security no. _____

Firm's name (or yours if self-employed) and address ➤ ALLAN J. MOROKNEK, CPA  E.I. No. 13 3145654
250 WEST 57TH ST  ZIP code
NEW YORK, NY  10107

Copyright Forms Software Only, 1989 Nelco, Inc. 2856 11733    Preparers Edition

| SCHEDULE A<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | Schedule A -- Itemized Deductions<br><br>► Attach to Form 1040.  ► See Instructions for Schedule A (Form 1040). | OMB No. 1545-0074<br>1989<br>Attachment<br>Sequence No. 07 |
|---|---|---|

| Name(s) shown on Form 1040 | Your social security no. |
|---|---|
| MICHAEL & VIVIAN MOROKNEK | 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 |

| Medical and Dental Expenses<br><br>(Do not Include expenses reimbursed or paid by others.)<br><br>(See Instructions on page 23.) | 1a Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, medical insurance premiums you paid, etc . . . . . . . . . . . | 1a | |
|---|---|---|---|
| | b Other. ► _____ | | |
| | | 1b | |
| | 2 Add the amounts on lines 1a and 1b. Enter the total here . . . . . . . . | 2 | |
| | 3 Multiply the amount on Form 1040, line 32, by 7.5% (.075) . . . . . . . . | 3 | |
| | 4 Subtract line 3 from line 2. If zero or less, enter -0-. Total medical and dental . . . . . . . ► | 4 | 0. |

| Taxes You Paid<br><br>(See Instructions on page 24.) | 5 State and local income taxes . . . . . . . . . . . . . . . . . . . . . | 5 | 7,800. |
|---|---|---|---|
| | 6 Real estate taxes . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 3,527. |
| | 7 Other taxes: ► _____ | 7 | |
| | 8 Add the amounts on lines 5 through 7. Enter the total here. Total taxes . . . . . . . . . . . ► | 8 | 11,327. |

| Interest You Paid<br><br><br><br>(See Instructions on page 24.) | 9a Deductible home mortgage interest (from Form 1098) that you paid to financial institutions. Report deductible points on line 10 . . . . . . . . | 9a | 7,394. |
|---|---|---|---|
| | b Other deductible home mortgage interest. (If paid to an individual, show that person's name and address.) ► _____ | 9b | |
| | 10 Deductible points. (See Instructions for special rules.). . . . . . . . . . | 10 | |
| | 11 Deductible investment interest . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a Personal interest you paid. _____ <br><br> SEE STATEMENT 1    | 12a | 2,754. |
| | b Multiply the amount on line 12a by 20% (.20). Enter the result. . . . . . | 12b | 551. |
| | 13 Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest. . . ► | 13 | 7,945. |

| Gifts to Charity<br><br>(See Instructions on page 25.) | 14 Contributions by cash or check. (If you gave $3,000 or more to any one organization, show to whom you gave and how much.)    ► _____ | 14 | 750. |
|---|---|---|---|
| | 15 Other than cash or check. (You must attach Form 8283 if over $500.) . | 15 | |
| | 16 Carryover from prior year. . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| | 17 Add the amounts on lines 14 through 16. Enter the total here. Total contributions . . . . . . ► | 17 | 750. |

| Casualty, Theft | 18 Casualty of theft loss(es) (attach Form 4684). (See page 26 of the Instructions.). . . . . . . . ► | 18 | 0. |
|---|---|---|---|
| Moving Expenses | 19 Moving expenses (attach Form 3903 or 3903F). (See page 26 of the Instructions.). . . . . . ► | 19 | 0. |

| Job Expenses and Most Other Miscellaneous Deductions<br><br>(See page 26 for expenses to deduct here.) | 20 Unreimbursed employee expenses. (You MUST attach Form 2106 in some cases.) ► _____ | 20 | |
|---|---|---|---|
| | 21 Other expenses. ► _____ | 21 | |
| | 22 Add the amounts on lines 20 and 21. Enter the total . . . . . . . . . . | 22 | |
| | 23 Multiply the amount on Form 1040, line 32, by 2% (.02). Enter the result here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| | 24 Subtract line 23 from line 22. Enter the result. If zero or less, enter -0-. . . . . . . . . . . . ► | 24 | 0. |

| Other Miscellaneous Deductions | 25 Other. ► _____ | 25 | 0. |
|---|---|---|---|

| Total Itemized Deductions | 26 Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 17 of the Instructions . . . . . . . . . . . . . . . . . . . ► | 26 | 20,022. |
|---|---|---|---|

For Paperwork Reduction Act Notice, see Form 1040 Instructions.        Preparers Edition      Schedule A (Form 1040) 1989

Copyright Forms Software Only. 1989 Nelco, Inc. 2803 H733