UNITED STATES BANKRUPTCY COURT      Hearing Held: 9/28/05
EASTERN DISTRICT OF NEW YORK      Time: 11:00 a.m.
--------------------------------------------------------X

In re:      Chapter 7
     Case No. 804-82632-511

MICHAEL N. MOROKNEK,

           Debtor.
--------------------------------------------------------X

VIVIAN MOROKNEK,      Adversary Proceeding
           Plaintiff,      No. 804-08554-511
    -against-

MICHAEL MOROKNEK,
           Defendant.      **ORDER**
--------------------------------------------------------X


APPLICATION HAVING BEEN MADE to this Court by Michael Moroknek, by his attorney, The Law Offices of Scott R. Schneider, by notice of motion filed on August 5, 2005 for an Order dismissing the adversary proceeding pursuant to Rules 9 and 12 of the Federal Rules of Civil Procedure, made applicable by Rules 7009 and 7012 of the Federal Rules of Bankruptcy Procedure or for summary judgment pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure; and opposition papers having been filed by Vivian Moroknek, dated September 2, 2005; and the matter having come on to be regularly heard before the Court on September 28, 2005; and Scott R. Schneider, Esq., appearing in support of the motion; and Vivian Moroknek, appearing in opposition to the motion; and upon review of the filed papers and after due deliberation; it is

ORDERED that the motion to dismiss this adversary proceeding be and hereby is granted with prejudice.

    Dated: Central Islip, New York
          November 18, 2005

                            */s/ **Melanie L. Cyganowski***
                            Hon. Melanie L. Cyganowski
                            U.S. Bankruptcy Judge